IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**SUPPRESSED**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 09-30049-DRH ) |
| BILL L. WILMOTH, III, | ) 18 U.S.C. §§2252A ) |
| Defendant. | ) ) |

**FILED**

MAY 0 5 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

<u>INDICTMENT</u>

**THE GRAND JURY CHARGES:**

<u>Count 1</u>

**Possession of Child Pornography**

On or about June 2, 2008, in Marion County, within the Southern District of Illinois,

**BILL L. WILMOTH, III,**

defendant herein, did knowingly possess child pornography that had been mailed, or shipped or transported in interstate commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported in interstate or foreign commerce by any means, including by computer, including images identified as:

- "mafiasex.ru_Children_Kids_Hard_000298_ChildPorn_Collection_5_Pussy_Illegal_Prete en_Underage_Lolita_Kiddy_Child_Incest_XXX_Porno_Gay_Fuck_Young_Naked_Nude _Little_Girl.jpg". The image file depicts a series of thirteen images depicting prepubescent females of various ages performing various sex acts with adult males .

all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2.

## Count 2

### Possession of Child Pornography

On or about July 25, 2008, in Marion County, within the Southern District of Illinois,

**BILL L. WILMOTH, III,**

defendant herein, did knowingly possess child pornography that had been mailed, or shipped or transported in interstate commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported in interstate or foreign commerce by any means, including by computer, including video clips identified as:

- Vicky_Suckcum 001(2,310kb)(1).mpeg (Vicky series): This 22 second video depicts a prepubescent female performing oral sex on an adult male.

- Suck - vicky sucking.mpg (Vicky series): This 54 second video depicts a nude, prepubescent female performing oral sex on an adult male.

all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2.

**A TRUE BILL**

_Ronald J. Mitchell_
FOREPERSON

_Michael C.__
A. COURTNEY COX
United States Attorney

_[signature]_
George A. Norwood
Assistant United States Attorney

Recommended Bond: Detention