# FINANCIAL AFFIDAVIT

IN UNITED STATES ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF USA v.s. Bill Wilmoth III
FOR Southern District of Illinois
AT Benton

LOCATION NUMBER

PERSON REPRESENTED (Show your full name): **Bill L. Wilmoth, III**

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate:
District Court: 09-30049-DRH
Court of Appeals:

FILED MAY 07 2009

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor

Possession of child pornography

## ASSETS

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Am Self-Employed
- Name and address of employer: Murray Developmental Center, Centralia, IL
- IF YES, how much do you earn per month? $ apx 2600
- IF NO, give month and year of last employment. How much did you earn per month? $ ___
- If married is your Spouse employed? ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ ___
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
- RECEIVED $ ___ SOURCES ___

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No IF YES, state total amount $ Checking apx $100

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
- VALUE: $ apx 38,000 — DESCRIPTION: Home in Van Buren
- apx 6,600 — 1957 Ford F150

## OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☒ SEPARATED OR DIVORCED (circled)
- Total No. of Dependents: ___
- List persons you actually support and your relationship to them: 1 son (court ordered child support), self

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt |
|---|---|---|---|
| Home Payment | | $ apx 38,000 | $ 420 |
| Mortgage Payment | | $ | $ 228 |
| Car Payment | | $ apx 3500 | $ 200 |
| Child Support | | $ | $ 400 |
| Hospital Bill | | apx 500 | |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 5-7-09

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Bill Wilmoth III

other Bill
Electric apx $350 per month
Water apx $90 per month
Car Ins. apx $53 per month