IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>v.                                                   )      **Criminal No. 09-30049-DRH**<br>)<br>**BILL L. WILMOTH, III**                 ) | |

### NOTICE REGARDING ENTRY OF PLEA OF GUILTY

In the event the Defendant decides at any time before trial to enter a plea of guilty, a U.S. Magistrate Judge is authorized by SDIL Rule 72.1(b)(2), with the consent of the Defendant and the United States of America to conduct the proceedings required by Federal Rule of Criminal Procedure 11 incident to the plea. If, after conducting such proceedings, the Magistrate Judge recommends that the plea of guilty be accepted, a presentence investigation and report will be ordered pursuant to Federal Rule of Criminal Procedure 32. The assigned U.S. District Judge will then act on the Magistrate Judge's Report and Recommendation; and, if the plea of guilty is accepted, will adjudicate guilt and the District Judge will decide whether to accept or reject any associated plea agreement, and will determine and impose sentence.

### CONSENT

I hereby declare my intention to enter a plea of guilty in the above-captioned case, and I request and consent to a U.S. Magistrate Judge conducting the proceedings required by Federal Rule of Criminal Procedure 11 incident to the plea. I understand that if my plea of guilty is then accepted by the U.S. District Judge, the District Judge will decide whether to accept or reject any plea agreement I may have with the United States, and will adjudicate guilt and impose sentence.

x _Bill L. Wilmoth III_                                             _1-14-10_
Defendant                                                                   Date

_Ethan Skaggs_                                                        _1-14-10_
Defendant's Attorney                                                Date

On behalf of the United States of America, I hereby request and consent to a U.S. Magistrate Judge conducting the proceedings required by Federal Rule of Criminal Procedure 11 incident to the above listed Defendant entering a plea of guilty. It is understood that if the Defendant's plea of guilty is then accepted by the U.S. District Judge, the District Judge will decide whether to accept or reject any plea agreement that may have been entered into, and will adjudicate guilt and impose sentence thereafter.

UNITED STATES OF AMERICA

By: _[signature]_                                                        Date: _1/14/10_