UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

[ ] Benton          [x] East St. Louis

[ ] Initial Appearance   [ ] Arraignment   [ X ] Change of Plea   [ ] Plea to Information

| | |
|---|---|
| CRIMINAL NO.   09-30049-DRH | DATE:   1/14/10 |
| U.S.A. vs.  BILL L. WILMOTH, III | JUDGE:   CLIFFORD J. PROUD |
| [ X ] Present   [ ] Custody   [ X ] Bond | |
| DEFT. COUNSEL: RENEE SCHOOLEY | REPORTER: MOLLY CLAYTON and FTR |
| [ X ] Present  [ X ] Apptd.  [ ] Retained  [ ] Waived | |
| GOVT. COUNSEL:  GEORGE NORWOOD | DEPUTY:   Angie Vehlewald |
| | Start Time:   10:30 am |

[ X ] Defendant sworn
[ X ] Defendant advised of constitutional rights.   [ X ] Defendant advised of charges and penalties.
[ ] Defendant withdraws plea of_____ as to
[ X ] Plea:     [ X ] Guilty as to Indictment (Count(s)  1 and 2                  .
                [ ] Not Guilty as to Count(s) _____.
                [ ] Nolo Contendere as to Count(s) _____.
[X ] No Plea Agreement     [ ] Plea Agreement      [ ] Oral     [ ] Written
[ X ] The Court accepts plea of guilty.  The Court will enter a Report and Recommendation to Chief Judge David R. Herndon recommending an entry of judgment on the plea of guilty.
[ ] Bond set at _____ Unsecured (see Order Setting Conditions of Release for terms and conditions)
[ ] Detention hearing waived.
[ X ] Matter referred to U.S. Probation for pre-sentence investigation and report.
[ ] Defendant waives pre-sentence investigation and signs waiver in open court.
**[ X ] Sentencing set for Tuesday, April 20, 2010 at 9:00 am before Chief Judge David R. Herndon in East St. Louis , IL**
[ X ] Bond     [ X ] Continued          [ ] Changed/Amended
[ ] Defendant remanded to custody of U.S. Marshal
[ ] Order of Detention to remain in effect.

*[ **X** ] No further notice will be given