# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

[  ] BENTON          [ X ] EAST ST. LOUIS          [ X ] CONTESTED     [  ] UNCONTESTED

## MINUTES OF DISPOSITION

U.S.A.  v.  **BILL WILMOTH, III**          CRIMINAL NO.  **09-CR-30049-01-DRH**

DEFT. COUNSEL:  **G. ETHAN SKAGGS**          JUDGE:  **CHIEF JUDGE DAVID R. HERNDON**

GOVT.  COUNSEL: **GEORGE NORWOOD**          DATE  **MAY 17, 2010**

REPORTER: **LAURA BLATZ**     DEPUTY:  **SANDY PANNIER**          TIME: **11:00 AM - 2:10 PM**

  **X**    COURT ORDERS PRE-SENTENCE REPORT TO BE SEALED WITH COUNSEL HAVING ACCESS TO SAME IN THE EVENT OF APPEAL.  RECOMMENDATION TO BE PLACED UNDER SEPARATE SEAL AND COUNSEL WILL  **NOT** HAVE ACCESS TO SAME.

COURT'S RULINGS ON OBJECTIONS TO PRE-SENTENCE REPORT:    **NO OBJECTIONS**

TOTAL AMOUNT OF ____ (e.g. cocaine base, marijuana, etc.) CONSTITUTING DEFENDANT'S RELEVANT CONDUCT IS____

OFFENSE LEVEL: **30**          CRIMINAL HISTORY CATEGORY:  **I**
SENTENCE RANGE: **97-120 MONTHS**          FINE RANGE: **$15,000 - $150,000**
SUPERVISED RELEASE RANGE:  **5 YEARS TO LIFE**

          COURT ACCEPTS PLEA AGREEMENT           COURT REJECTS PLEA AGREEMENT

DEFENSE WITNESSES:     **DR. DANIEL J. CUNEO (11:15 AM - 12:30 PM) TIA WILMOTH (12:30 PM - 12:50 PM) ROBIN BEST - (12:50 PM - 1:10 PM) MICHAEL ATCHISON (1:10 PM - 1:15 PM)    STEVE UPCHURCH (1:15 P.M. - 1:30 P.M.)  TERRY SANDERS (1:35 P.M. - 1:50 P.M.)  RAY SHARPE (1:50 P.M. - 2:05 P.M.)**
  **DR. CUNEO'S CV ADMITTED FOR PURPOSES OF THIS HEARING ONLY AND RETURNED TO COUNSEL AT CONCLUSION OF HEARING.     COURT RETAINS EXHIBITS UNTIL SENTENCING IS CONCLUDED.**
GOVERNMENT WITNESSES:     **GOVERNMENT'S EXHIBIT 1 - SCORE SHEET - ADMITTED; GOVERNMENT EXHIBIT 2 - CRITERIA TO DIAGNOSE PEDOPHILLA - ADMITTED    - COURT RETAINS EXHIBITS UNTIL SENTENCING IS CONCLUDED**

Due to the length of this Sentencing Hearing and the Court's calendar being full this afternoon, the Court recesses this sentencing.  The sentencing is reset for **FRIDAY, JUNE 4, 2010 at 11:00 AM.**